PHILLIP A. TALBERT
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON C. JOHNSON,<br><br>    Petitioner,<br><br>v.<br><br>DANIEL E. CUEVA, Acting Warden,<br><br>    Defendant. | CASE NO. 2:20-CV-02060-JAM-GGH<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME |

  On June 1, 2021 the United States requested an extension of time to July 1, 2021, to file its status report to Petitioner's 28 U.S.C. § 2254 petition. ECF 1.

  IT IS HEREBY ORDERED that the United States' request for an extension is granted. The status report is now due July 1, 2021.

Dated: June 4, 2021

                ___s/ Gregory G. Hollows_____
                UNITED STATES MAGISTRATE JUDGE

1